# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **GEORGE D. MANDERBACH, INC. DBA MANDERBACH FORD,** | Civil Action No. 4:25-cv-00232-O |
| **Plaintiffs,** | |
| v. | |
| **MANISHA CHANDRA, DEEPAK CHANDRA, and SANJAY CHANDRA,** | |
| **Defendants.** | |

## JOINT STATUS REPORT

On August 14, 2025, the Court directed the parties to "file a joint status report informing the Court of the outcome of the jury trial and its bearing on this case[.]" ECF 18. The following serves as George D. Manderbach, Inc. d/b/a Manderbach Ford's, Manisha Chandra's, and Sanjay Chandra's Joint Status Report.

A jury trial in *Sanjay Chandra v. Kinley Ford, LLC*, et al., Cause No. 017-352178-24 (17th Dist. Ct.) (the "State Action") was originally scheduled to begin on July 14, 2025. On May 27, 2025, however, one of the defendants in the State Action—Kinley Ford, LLC—filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. *See In re Kinley Ford LLC*, Case No. 25-41893-MXM, at ECF 1. Accordingly, the State Action was automatically stayed.

On June 6, 2025, Mr. Sanjay Chandra ("Mr. Chandra") filed a Motion for Relief from the Automatic Stay (ECF 11) and a Motion to Dismiss Debtor's Bankruptcy Case (ECF 12). Kinley Ford opposed both motions. *See* ECF 21 and 25. The bankruptcy court granted Mr. Chandra relief from the automatic stay on June 27, 2025. *See* ECF 24. After the bankruptcy court lifted the automatic stay, the 17th District Court entered a new scheduling order resetting the trial in the

State Action for November 3, 2025. The bankruptcy court subsequently dismissed Kinley Ford's bankruptcy case on July 8, 2025. *See* ECF 31.

      The State Action is accordingly scheduled to proceed to a jury trial on November 3, 2025. Pursuant to the Court's Order on June 12, 2025 (ECF 17), Mr. Chandra and Manderbach Ford will file a status report informing the Court on the outcome of the jury trial no later than 14 days after the jury trial.

Respectfully submitted,

| /s/ *Brian H. Oates* | /s/ *Elizabeth Branning* | /s/ *Brandon Starling* |
|---|---|---|
| Brian H. Oates | Elizabeth Branning | Brandon Starling |
| boates@jw.com | liz@jbschwartzlaw.com | bstarling@wso-law.com |
| Michael J. Murtha | Jon-Bernard Schwartz | **WHITE STARLING & OSTERMAN PLLC** |
| mmurtha@jw.com | jon@jbschwartzlaw.com | 2003 N Lamar Blvd |
| Sarah J. Starr | **JB SCHWARTZ, PLLC** | Suite 100 |
| sstarr@jw.com | 3811 Turtle Creek Blvd | Austin, TX 78705 |
| **JACKSON WALKER LLP** | Suite 2000 | 512-559-6461 |
| 2323 Ross Avenue, Suite 600 | Dallas, TX 75219 | Fax: 512-791-9764 |
| Dallas, Texas 75201 | 214-380-0751 | |
| Telephone: (214) 953-6000 | | Jana S Reist |
| Facsimile: (214) 953-5822 | **ATTORNEYS FOR MANISHA CHANDRA** | jreist@johnsonreist.com |
| | | **JOHNSON REIST PLLC** |
| **ATTORNEYS FOR SANJAY CHANDRA** | | 1312 14th Street |
| | | Suite 202 |
| | | Plano, TX 75074 |
| | | 469-501-7476 |
| | | Fax: 469-501-7471 |
| | | |
| | | **Susan G White** |
| | | swhite@sapplaw.com |
| | | **SAPP WHITE & FREEMAN PC** |
| | | 110 Longhorn Lane |
| | | Dripping Springs, TX 78620 |
| | | 512/858-0202 |
| | | Fax: 512/858-1313 |
| | | |
| | | **ATTORNEYS FOR GEORGE D. MANDERBACH, INC. DBA MANDERBACH FORD** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, a true and correct copy of the above and foregoing was served upon all counsel of record in this cause in accordance with the Federal Rules of Civil Procedure.

/s/ *Michael J. Murtha*
Michael J. Murtha